FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 29, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SARA LYN LYNCH,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>    Defendant. | NO. 2:18-cv-0354-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Plaintiff's Stipulated Motion/Order of Dismissal with Prejudice and Without Costs or Fees, ECF No. 19. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff moves to dismiss this case with prejudice. The Court finds good cause to accept the notice and enter it into the record.

//
//
//
//
//
//
//
//
//

**ORDER OF DISMISSAL** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Stipulated Motion/Order of Dismissal with Prejudice and Without Costs or Fees, ECF No. 19, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs or attorney fees to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 29th day of August 2019.



_____
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ~ 2**